**ATTACHMENT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., *et al.* :<br>:<br>Plaintiffs, :<br>:  Case No.: 8:09-cv-01496-PJM<br>v. :<br>:<br>CAPITAL SYNDICATE, L.L.C., :<br>:<br>Defendant. :<br>_____/ : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Access for the Disabled, Inc. and Denise Payne and Defendant Capital Syndicate, L.L.C., by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action.

Respectfully submitted this 8th day of July, 2010.

FOR PLAINTIFFS:
*/s/ Pete Monismith*
Pete Monismith
Maryland Bar No. 29053
monismithlaw@yahoo.com
LAW OFFICE OF PETE MONISMITH
1710 Quarry Lane
Apollo, Pennsylvania 15613
T: (724) 610-1881

FOR DEFENDANT:
*/s/ Alisa Cleek*
Alisa P. Cleek
Georgia Bar No. 581063 (*PHV*)
cleek@elarbeethompson.com
ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
T: (404) 659-6700
F: (404) 222-9718

Mark J. Swerdlin
Maryland Bar No. 04927
swerdlin@shawe.com
SHAWE ROSENTHAL, LLP
20 South Charles Street, 11th Floor
Baltimore, Maryland 21201
T: (410) 752-1040
F: (410) 752-8861